=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------
No. 2
Andre Shipley et al.,
            Respondents,
        v.
City of New York et al.,
            Appellants.




        Ronald E. Sternberg, for appellants.
        Marvin Ben-Aron, for respondents.
        National Association of Medical Examiners, <u>amicus</u>
<u>curiae</u>.







*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Reargument ordered and case set down for argument during a future
session of this Court.  Chief Judge Lippman and Judges Read,
Pigott, Rivera and Abdus-Salaam concur.


Decided January 20, 2015